**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

--------

**No. 00-7804**

--------

ROBERT JONES,

Petitioner - Appellant,

versus

MARTHA A. WANNAMAKER, Warden at Tyger River
Correctional Institution; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

Respondents - Appellees.

--------

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-00-1238-2-18AJ)

--------

Submitted:  April 12, 2001          Decided:  April 17, 2001

--------

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

--------

Dismissed by unpublished per curiam opinion.

--------

Robert Jones, Appellant Pro Se.  Derrick K. McFarland, OFFICE OF
THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina,
for Appellees.

--------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Jones appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. Jones v. Wannamaker, No. CA-1238-2-18AJ (D.S.C. Oct. 31, 2000).* We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* The district court denied relief based partially on the interpretation of § 2254(d)(1) announced in Green v. French, 143 F.3d 865 (4th Cir. 1998). The Supreme Court overruled that aspect of Green, however, in Williams v. Taylor, 529 U.S. 362 (2000). We have reviewed Jones' appeal in light of Williams and conclude that the state post conviction court's decision was not contrary to, and did not involve an unreasonable application of, clearly established federal law, as determined by the Supreme Court. Id. at 409-10.